Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
JOSEPH SARUBY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SARUBY,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:17-cv-00150-CWH<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND<br><br>(SECOND REQUEST) |

Plaintiff Joseph Saruby and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to December 28, 2017; and that Defendant shall have 30 days or until January 26, 2018, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due February 15, 2018.

///

-1-

Counsel requires an extension due to several motions being due at one time, the impending holiday season, and to properly manage in order to properly present the issues in the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 21, 2017    Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Mr. Joseph Saruby, Jr.

DATE:  November 21, 2017    STEVEN W. MYHRE
Acting United States Attorney

/s/ *Sharon Lahey*

BY: _____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: November 22, 2017

IT IS SO ORDERED:  _____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | **FOR CASE NUMBER 2:17-CV-00150-CWH** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 21, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff