Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
JOSEPH SARUBY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SARUBY | Case No.: 2:17-cv-00150-CWH |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Joseph Saruby and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to modify the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 30, 2018; and that Defendant shall have 30 days or until March 1, 2018, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due March 21, 2018.

///

-1-

Counsel requires a final extension in order to properly present the issues in the administrative record and as a result of the press of the Holiday Season and the fact that Counsel, which this matter is assigned to, is a widower with two children ages ten and eight who required care. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 16, 2018  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Mr. Joseph Saruby, Jr.

DATE: January 16, 2018  STEVEN W. MYHRE
Acting United States Attorney

/s/ *Sharon Lahey*

BY: _____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: January 19, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | **FOR CASE NUMBER 2:17-CV-00150-CWH** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 17, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff